UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICHARD N. EASLY,

    Plaintiff,

v.

WATERFRONT SHIPPING COMPANY, LIMITED, *et al.*,

    Defendant.

Case No. C10-1167RSL

FINAL JUDGMENT ORDER

This matter comes before the Court on the parties' "Joint Brief as to Pre-Judgment Interest" (Dkt. # 40). In its Memorandum of Decision, the Court found in Plaintiff Richard N. Easly's favor, awarding him $552,120 non-inclusive of pre-judgment interest. Dkt. # 39. It also directed the parties to file supplemental briefing on the amount of pre-judgment interest appropriate in this case. Id. The parties now agree that pre-judgment interest of $518.20 is appropriate. Dkt. # 40.

Accordingly, for all of the foregoing reasons, including those set forth in its Memorandum, the Court directs the Clerk of Court to enter final judgment in Plaintiff's favor in the amount of $552,638.20.

DATED this 19th day of March, 2012.

*[signature]*

Robert S. Lasnik
United States District Judge

FINAL JUDGMENT ORDER - 1